6

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT O
### SOUTHERN DIV

Case: 2:21-mc-50209
Judge: Cox, Sean F.
MJ: Whalen, R. Steven
Filed: 1/25/2021
MOTION FOR RETURN OF PROPERTY BY MANAWAR
JAVED (ANCILLARY MATTER) (DP)

Manawar Javed,
　　　　　(Movant),
V.
United States Of America,
　　　　　(Respondent).

§
§
§
§
§

Criminal Action
No. 15-CR-20351

## POST VERDICT MOTION TO RETURN PROPERTY

Movant Manawar Javed ("Javed"), pro-se, and under Fed. R. Crim. P. 41(g) kindly moves this Court for return of property post verdict.

On June 15, 2015, Javed was charged for violating 18 U.S.C. §1349. (Ecf. 1). The indictment contained forfeiture allegation seeking upon Javed's conviction, forfeiture to the United States ("movant") under 18 U.S.C. §981(a)(1)(c) §982(a)(7). (Id).

On March 18, 2016, Jabed plead guilty and agreed to an entry of forfeiture money judgment only in the amount of Twelve Million Seven Hu--ndred fifty-five Thousand Eight Hundred Twenty Two Dollars and Twenty Eight Cents. (Ecf. 144).

On Oct 07, 2016, and after Javed's sentencing, the movant provided Javed with a delayed stipulated preliminary order of forfeiture which included the following:

- Eight Thousand One Hundred Ninety-Four Dollars and Sixty-One Cents in United States Currency from Huntington Bank;
- Four Thousand Senven Hundred Eighty-Nine Dollars and Fifty-Seven Cents in United States Currency from Huntingon Bank;
- Forty-Nine Thousand Four Hundred Seventy-One Dollars and

Forty-Eight Cents in United States Currency from Talmer
Bank;

- Five Hundred Eighty-Seven Thousand Seven Hundred Eighty-
  Six Dollars and Twenty-Eight Cents in United States Currency
  from Talmer Bank;

- Eighty-Two Thousand Seven Hundred Eighty-One Dollars and
  Eighty-Nine Cents in United States Currency from Comerica
  Bank; and

- Twenty-Five Thousand Five Hundred Twenty-Two Dollars and
  Sixty-Eight Cents in United States Currency from Comerica
  Bank.

(Ecf. 186). The parties agreed that the value of the listed property shall
offset the judgment. (Id). The stipulated order did not contain any other
property.

The movant, however, also seized Javed's family vehicle which was not
stipulated to in the preliminary order of forfeiture. Neither was Javed
provided a notice to reclaim said property. This violated Javed's Due
Process.

Javed's family vehicle was personal property not constituting, or
derived from proceeds obtained directly or indirectly, as a result of the
above mentioned violation. The seized property belonged to Javed prior
to the violation in the indictment --- March 12, 2015. (See Ex A - Copy
of Motor Vehicle Title).

Till now, movant has not demonstrated a legitimate interest in reta-
ining Javed's property. United States v. Omian, No 05-80338, 2006 WL
3240555, at *2(E.D. Mich Nov 7, 2006). Also, due to violation of Javed's
due process, and his bonafide ownership, Javed is "lawfully entitled to
posses the property." United States v. Headley, 50 F.App'x. 266 (6th Cir.

2002).

Accordingly, this Court should order the movant to return Javed's property uncontionally and promptly, conversely hold an evidentiary hearing so Javed may prove owner~ship not derived from proceeds of a criminal act.

For the reasons stated, Javed respectfully moves this Court to grant this motion.


Dated: Jan 21, 2021.                          Respectfully Submitted,


                                              /s/ Manawar Javed
                                              ( 51096-039)
                                              Moshannon Valley CI,
                                              555 Geo Dr,
                                              Philipsburg, PA 16866.



### DECLARATION AND CERTIFICATE OF SERVICE

I declare under the penalty of perjury that the foregoing is true and correct. I certify that on Jan 21, 2021, I mailed the foregoing to the Court Clerk for the United States District Court, Eastern District of Michigan.


                                              /s/ Manawar Javed





# STATE OF MICHIGAN

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY STYLE |
|---|---|---|---|---|
| WDDNG86X78A173580 | 2008 | MERC BENZ | S550 | FOUR DOOR |

| TITLE NUMBER | ISSUE DATE | ODOMETER | BRAND/LEGEND |
|---|---|---|---|
| 120D0701070 T | 03/12/2015 | 053000 | |

**WEIGHT/FEE CATEGORY**
60

**ODOMETER READ**
*ACTUAL MILEAGE

**OWNER(S) NAME AND ADDRESS**
MANAWAR JAVED
5201 PARK RIDGE DR
WEST BLOOMFIELD MI 48323

NO SECURED INTEREST ON RECORD

## Title Assignment by Seller

State and federal laws require that the seller(s) to indicate the odometer reading upon transfer of ownership. Failure to complete or providing false information may result in civil liability, fines and/or imprisonment. ANY ALTERATION, ERASURE, FALSE STATEMENT, SECRECY OR FRAUD VOIDS THIS TITLE AND IS A CRIME.

I warrant that the ownership of the vehicle described in this title is hereby transferred to the purchaser(s) and is free of all previous...

| Printed Name of Purchaser(s) | | Date of Sale | Selling Price |
|---|---|---|---|
| Purchaser's Street Address | | State | Zip |

I (we) certify that the odometer reading is: ☐☐☐☐☐☐☒ that to the best of my knowledge the odometer mileage is:

☐ actual mileage  ☐ not actual mileage - WARNING ODOMETER DISCREPANCY  ☐ exceeds mechanical limits of odometer (odometer has rolled over)

Signature of Seller(s)
X
Printed Name of Seller(s)

| Seller's Street Address | State | Zip |
|---|---|---|

I am aware of the above odometer certification...

Signature of Buyer(s)
X

NEW LIENHOLDER INFORMATION
Raised Party

MANAWAR JAVED
5201 PARK RIDGE DR
WEST BLOOMFIELD MI 48323

**"NOTICE TO SELLERS"**
Sellers must keep a receipt or photocopy of the reassigned title for their records for 18 months, or accompany the purchaser to a Secretary of State Office.

Manzwar Javed 51096-039
Moshannon Valley C.I.
555 GEO DRIVE,
Phillipsburg, PA 16866

25 JAN 2021 PM 1 L

RECEIVED
FEB - 8 2021
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
231 WEST LAFAYETTE BLVD.-ROOM 564
DETROIT, MICHIGAN 48226

48226+2718